UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                           PLAINTIFF

v.                                          CASE ACTION NO:   1:18-cv-41-GNS
                                                            *Electronically filed*

FIFTY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($50,000.00)                                DEFENDANT

## VERIFIED COMPLAINT
## FOR FORFEITURE IN REM

The United States of America, by counsel, Russell M. Coleman, United States Attorney

for the Western District of Kentucky, and Amy M. Sullivan, Assistant United States Attorney,

brings this complaint and alleges as follows:

## NATURE OF THE ACTION

1.      This is an action to forfeit and condemn to the use and benefit of the United States

of America the following property: Fifty Thousand ($50,000.00) in United States Currency.

## JURISDICTION AND VENUE

2.      Plaintiff brings this action *in rem* in its own right to forfeit and condemn the

defendant property under 18 U.S.C. § 981(a)(1)(C).  This Court has jurisdiction over forfeiture

actions commenced by the United States pursuant to 28 U.S.C. § 1345 and 28 U.S.C. § 1355(a).

3.      This Court has *in rem* jurisdiction over the defendant property under 28 U.S.C. §

1355(b).  Upon filing this complaint, the plaintiff requests that the Court issue an arrest warrant

*in rem* pursuant to Supplemental Rule G(3)(b), which the plaintiff will execute upon the property

pursuant to 28 U.S.C. § 1355(d) and Supplemental Rule G(3)(c).

1

4.      Venue is proper in this district pursuant to 28 U.S.C. §§ 1355 and 1395, because the defendant property is located in the Western District of Kentucky and because the acts or omissions giving rise to the forfeiture occurred in this district.

## THE DEFENDANT IN REM

5.      The defendant is: Fifty Thousand Dollars in United States Currency ($50,000.00), which represents the proceeds of wire fraud in violation of 18 U.S.C. § 1343.  The defendant property is currently in the custody of the United States Marshals Service.

## THE LAW

6.      Pursuant to 18 U.S.C. § 1343, it is unlawful to devise or intend " to devise any scheme or artifice to defraud, or for obtaining money or property by means of false or fraudulent pretenses, representations, or promises, transmits or causes to be transmitted by means of wire, radio, or television communication in interstate or foreign commerce, any writings, signs, signals, pictures, or sounds for the purpose of executing such scheme or artifice . ...".

7.      Pursuant to 18 U.S.C. § 981(a)(1)(C), wire fraud in violation of 18 U.S.C. § 1343 constitutes a "specified unlawful activity" and is subject to forfeiture to the United States.

## SUMMARY OF RELEVANT FACTS

8.      Daniel Archer participated with Matthew Archer and Alric Grant in a fraudulent scheme in which prospective victims were contacted by interstate and foreign wire communications, including emails and telephone calls, and told that they had won hundreds of thousands, if not millions of dollars in a lottery.  These wire communications were transmitted to execute and further the scheme to defraud.

Specifically, victims were told in emails and telephone calls that they had to pay taxes, fees, and other amounts up front before they could receive their lottery winnings.  In reality there

2

were no lottery winnings, and money victims paid to Daniel Archer, Matthew Archer, and Alric Grant was never returned, and no lottery winnings were ever remitted.  A substantial part of the scheme was committed outside the United States, and the scheme caused a substantial financial hardship to at least five victims.

Daniel Archer, Matthew Archer, and Alric Grant participated in the following interstate wire communications in furtherance of the scheme:

|   | Victim | Wire Communication | Date |
|---|--------|-------------------|------|
| 1 | A.C. | Email including document titled "Winners Notification" | April 26, 2016 |
| 2 | A.C. | $3,500 Moneygram to Matthew Archer | April 27, 2016 |
| 3 | A.C. | $2,800 Moneygram to Daniel Archer | April 30, 2016 |
| 4 | A.C. | $1,400 Moneygram to Daniel Archer | May 2, 2016 |
| 5 | A.C. | Email including document titled "I.R.S. Billing Statement" | May 4, 2016 |
| 6 | A.C. | Texts messages between Matthew Archer and a person known to the Grand Jury discussing obtaining $55,000 from A.C. | May 4, 2016 |
| 7 | A.C. | Facebook chat between Matthew Archer and a person known to the Grand Jury discussing obtaining another $50,000 from A.C. | June 9, 2016 |
| 8 | J.B. & B.B. | $3,000 Moneygram to Matthew Archer | May 27, 2015 |
| 9 | J.B. & B.B. | $900 Moneygram to Matthew Archer | May 28, 2015 |
| 10 | J.B. & B.B. | $5,000 Moneygram to Daniel Archer | July 2, 2015 |
| 11 | J.B. & B.B. | $3,900 Moneygram to Daniel Archer | October 28, 2015 |
| 12 | J.B. & B.B. | $700 Moneygram to Daniel Archer | April 21, 2016 |
| 13 | P.S. | $2,000 Moneygram to Daniel Archer | December 14, 2015 |

|    | Victim | Wire Communication | Date |
|----|--------|--------------------|------|
| 14 | P.S. | $4,000 Moneygram to Daniel Archer | December 17, 2015 |
| 15 | P.S. | $3,200 Moneygram to Daniel Archer | December 28, 2015 |
| 16 | C.C. | $455 Western Union to Matthew Archer | November 12, 2014 |
| 17 | C.C. | $950 Moneygram to Daniel Archer | November 14, 2014 |
| 18 | C.C. | $950 Moneygram to Daniel Archer | November 17, 2014 |
| 19 | B.R. | $3,500 Moneygram to Matthew Archer | April 22, 2016 |
| 20 | B.R. | $3,900 Moneygram to Matthew Archer | April 23, 2016 |

## CLAIM FOR RELIEF

9.      The defendant property represents the proceeds of wire fraud, in violation of 18 U.S.C. § 1343. Consequently, the defendant property is forfeitable to the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

WHEREFORE, the plaintiff respectfully requests:

1.      that the Court issue a warrant for the arrest and seizure of the defendant property;

2.      that notice of this action be given to all persons known or thought to have an interest in or right against the property;

3.      that the defendant property be forfeited and condemned to the United States of America;

4.      that the plaintiff be awarded its costs and disbursements in this action; and

5.      for such other and further relief as this Court deems proper and just.

Respectfully submitted,

RUSSELL M. COLEMAN
United States Attorney


s/Amy M. Sullivan
AMY M. SULLIVAN
Assistant U.S. Attorney
Western District of Kentucky
717 West Broadway
Louisville, KY 40202
(502) 582-5911
(502) 582-5097 (fax)
amy.sullivan@usdoj.gov


William Kurtz
Special Agent – FBI


Sworn to before me and subscribed in my presence on this _____ 9th _____ day of March 2018.


Notary Public
My Commission expires: 11/29/2018

JS 44 (Rev. 11/04)   1:18-cv-41-GNS   **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a)   PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

FIFTY THOUSAND DOLLARS IN UNITED STATES CURRENCY ($50,000.00)

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys(If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

☒ 1 U.S. Government Plaintiff

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☒ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
18 U.S.C. 1343
Brief description of cause:
Wire Fraud

**VII. REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ Yes   ☐ No

**VIII. RELATED CASE(S) IF ANY**

(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE

April 04, 2018

SIGNATURE OF ATTORNEY OF RECORD

Amy M. Sullivan   Digitally signed by Amy M. Sullivan
Date: 2018.04.04 12:17:23 -04'00'

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA

PLAINTIFF

v.                                                    CASE ACTION NO: __1:18-cv-41-GNS_____

*Electronically filed*

FIFTY THOUSAND DOLLARS IN
UNITED STATES CURRENCY ($50,000.00)

**WARRANT OF ARREST *IN REM* AND NOTICE**

TO:     THE UNITED STATES AND THE UNITED STATES
        MARSHALS SERVICE AND/OR ANY OTHER DULY
        AUTHORIZED LAW ENFORCEMENT OFFICER:

WHEREAS the United States Attorney for the Western District of Kentucky has filed a

Verified Complaint for Forfeiture *In Rem* against the above-named defendant property on the

4th, day of April, 2018, alleging that the defendant property is subject to seizure and forfeiture to

the United States pursuant to 18 U.S.C. § 981(a)(1)(C).

And, the Court being satisfied that,based on the Verified Complaint for Forfeiture *In

Rem*, there is probable cause to believe that the defendant property so described therein

constitutes property that is subject to forfeiture for such violations, and that grounds for issuance

of a Warrant of Arrest *In Rem* exist, pursuant to Supplemental Rule G(3) of the Supplemental

Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions ("Supplemental Rules");

YOU ARE THEREFORE ORDERED to seize and arrest the defendant property, and to

take the defendant property into your possession for safe custody, until further order of the

Court; and to make your return as provided by law.

YOU ARE FURTHER ORDERED to send notice to the record owner and any other person believed to have a claim to or interest in the defendant property a copy of the Complaint, Notice of Forfeiture, and this Warrant in a manner consistent with the principles of service of process of any action *in rem* under the Supplemental Rules and the Federal Rules of Civil Procedure, within a reasonable time of seizure, and, to admonish any persons holding a claim to the defendant property to file their claims with the Clerk of this Court within thirty-five (35) days after execution of this process, and to serve their answers within twenty-one (21) days after filing their claims, and finally, that they must serve a copy of any claim and/or pleading upon the Assistant United States Attorney, Amy M. Sullivan, 717 West Broadway, Louisville, Kentucky 40202.

YOU ARE FURTHER ORDERED, in the event that the defendant property is not released within ten (10) days of execution of process, that you shall cause publication of public notice, as required by Rule G(4) of the Supplemental Rules.   Such notice shall be published for thirty days at www.forfeiture.gov.   This notice shall state that anyone claiming an interest in the defendant property must file: 1) a claim within sixty (60) days from the start of the publication on the internet at www.forfeiture.gov; and 2) an answer within twenty-one (21) days after filing a claim.

IT IS FURTHER ORDERED that, promptly after execution of this process, you shall file the same in this Court with your return thereon, identifying the individuals upon whom copies were served and the manner employed.

Tendered by:
Amy M.    Sullivan
Assistant United States Attorney
717 West Broadway
Louisville, KY 40202
(502)582-5911
(502)582-5097(fax)
amy.sullivan@usdoj.gov

cc:    United States Attorney (AMS) - two certified copies of order and
       two certified copies of the Verified Complaint